UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**21-20106-CR-SCOLA/GOODMAN**
CASE NO._____

**IN RE SEALED INDICTMENT**

_____/

```
FILED BY  JAO    D.C.

   FEB 23 2021

  ANGELA E. NOBLE
 CLERK U.S. DIST. CT.
 S. D. OF FLA. - MIAMI
```

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorneys, and respectfully requests that the Indictment, arrest warrants, this motion, and any resulting order be SEALED until the arrest of the defendants or until further order of this court, excepting the United States Attorney's Office, the U.S. Department of Justice, Consumer Protection Branch, and law enforcement officers involved in the investigation of this matter, who may obtain copies of any indictment, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reason that the named defendants may flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this indictment become public.

Should the court require additional information the government would be prepared to provide any additional information *in camera*.

                              Respectfully submitted,

                              ARIANA FAJARDO ORSHAN
                              UNITED STATES ATTORNEY

By: _____
       LAUREN M. ELFNER
       JOSHUA D. ROTHMAN
       Trial Attorneys
       Consumer Protection Branch
       U.S. Department of Justice
       Court ID Numbers A5502478, A5502447
       450 Fifth Street, NW, Suite 6400S
       Washington, DC 20001
       Tel. 202 305-7171; 202 514-1586
       E-mail:Lauren.M.Elfner@usdoj.gov
        Joshua.D.Rothman@usdoj.gov