AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED BY _____JAO_____ D.C.

**Mar 10, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

United States of America )
v. )
Duniel Tejeda )
)
_____ )
Defendant )

Case No. 21-mj-37

Charging District's Case No. 21-cr-20106-RNS

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____S.D. Florida_____.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 03/09/2021

s/Duniel Tejeda (appears to by video)
*Defendant's signature*

Laura H. Suelau  Digitally signed by Laura H. Suelau
Date: 2021.03.09 14:14:15 -07'00'

*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America <br> v. <br> __Daniel Tejeda__ <br> *Defendant* | ) Case No. 21-mj-37 <br> ) <br> ) Charging District: <br> ) Charging District's Case No. 21-cr-20106-RNS |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. Marshall <br> 400 N. Miami Ave. <br> Miami, FL 33132 | Courtroom No.: 6th Floor |
|---|---|---|
| | | Date and Time: 3/17/21 10:00 am EST |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 3/9/2021

_____
Judge's signature

Magistrate Judge Michael E. Hegarty
*Printed name and title*

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America )
v. )
)  Case No. 21-mj-37
Duniel Tejeda )
Defendant )

## APPEARANCE BOND

### Defendant's Agreement

I, _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( ☒ ) to appear for court proceedings;
    ( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or
    ( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☐ ) (1) This is a personal recognizance bond.

( ☒ ) (2) This is an unsecured bond of $ 10,000.00 .

( ☐ ) (3) This is a secured bond of $ _____, secured by:

    ( ☐ ) (a) $ _____ , in cash deposited with the court.

    ( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

_____

_____

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____

_____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Case 1:21-mj-00037-SKC   Document 7   Filed 03/09/21   USDC Colorado   Page 2 of 2
Case 1:21-cr-20106-RNS   Document 9   Entered on FLSD Docket 03/10/2021   Page 4 of 10

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)  all owners of the property securing this appearance bond are included on the bond;
(2)  the property is not subject to claims, except as described above; and
(3)  I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 3/9/21

s/ Daniel Tejeda (agreed to by video)
*Defendant's signature*

_____       _____
*Surety/property owner – printed name*       *Surety/property owner – signature and date*

_____       _____
*Surety/property owner – printed name*       *Surety/property owner – signature and date*

_____       _____
*Surety/property owner – printed name*       *Surety/property owner – signature and date*

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 3/9/2021

_____
*Judge's signature*

AO 199A (Rev. 12/11) Order Setting Conditions of Release                                                Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
for the

_____ District of __Colorado__

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| __Duniel Tejeda__ | ) Case No. __21-mj-37__ |
| Defendant | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: __U.S. Marshal, 400 N. Miami Ave.,__
*Place*
__Miami, FL, 6th Floor__
on __Wednesday, March 17, 2021__ by __10:00 a.m. Eastern Time__
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 08/14 D/CO) Additional Conditions of Release                                Page __2__ of __3__ Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6)  The defendant is placed in the custody of:
   Person or organization _____
   Address *(only if above is an organization)* _____  Tel. No. _____
   City and state _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
                        *Custodian*                  *Date*

(X) (7)  The defendant must:
  (X) (a) submit to supervision by and report for supervision to the __US Pretrial Services, D. Colo.__ telephone number _____, as directed.
  ( ) (b) continue or actively seek employment.
  ( ) (c) continue or start an education program.
  (X) (d) surrender any passport to: __Three business days to Clerk of Court__
  (X) (e) not obtain a passport or other international travel document.
  (X) (f) abide by the following restrictions on personal association, residence, or travel: __Colorado & travel to Florida for court appearances__
  ( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
  ( ) (h) get medical or psychiatric treatment: _____
  ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
  ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  (X) (k) not possess a firearm, destructive device, or other weapon.
  (X) (l) not use alcohol ( ) at all ( X ) excessively.
  (X) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Except as authorized by court order, the defendant shall not possess, use or sell marijuana or any marijuana derivative (including THC) in any form (including edibles) or for any purpose (including medical purposes). Without the prior permission of the probation officer, the defendant shall not enter any marijuana dispensary or grow facility.
  ( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
       ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
       ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
       ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
  ( ) (q) submit to location monitoring _____, as directed by the supervising officer, and comply with all program requirements and instructions provided.
       ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
  (X) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
  (X) (s) The defendant shall not act as an informant for any law enforcement agency without prior permission of the Court.
  (X) (t) __No employment for any business that conducts clinical research__
  ( ) (u) _____
  ( ) (v) _____

AO 199C (Rev. 09/08) Advice of Penalties                                                                Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_s/ Daniel Tejeda (agreed to by video)_
Defendant's Signature

_Denver, Colorado_
City and State

### Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _3/9/2021_                                      _Michael E. Hegarty_
                                                                    Judicial Officer's Signature

                                                                    _Magistrate Judge Michael E. Hegarty_
                                                                    Printed name and title

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:21-mj-00037-SKC All Defendants

Case title: USA v. Tejeda
Other court case number: 1;21-cr-20106-RNS-4 Southern District of Florida in Miami

Date Filed: 03/09/2021
Date Terminated: 03/09/2021

Assigned to: Magistrate Judge S. Kato Crews

### Defendant (1)

**Duniel Tejeda**
*TERMINATED: 03/09/2021*

represented by **Laura Hayes Suelau**
Office of the Federal Public Defender-Denver
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: laura_suelau@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. §1349 Conspiracy to Commit Mail and Wire Fraud, 18 U.S.C. §1341 Mail Fraud , 18 U.S.C. §1341 Mail Fraud | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **David Alan Tonini** <br> U.S. Attorney's Office-Denver <br> 1801 California Street <br> Suite 1600 <br> Denver, CO 80202 <br> 303-454-0100 <br> Fax: 303-454-0403 <br> Email: David.Tonini@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Federal Agency Attorney* |

| Date Filed | # | clear | Docket Text |
|---|---|---|---|
| 03/09/2021 | 1 | ☐ | RULE 5 AFFIDAVIT from the Southern District of Florida in Miami, as to Duniel Tejeda (1). (nmarb, ) (Additional attachment(s) added on 3/9/2021: # 1 Arrest warrant) (nmarb, ). (Entered: 03/09/2021) |
| 03/09/2021 | 2 | | Arrest of Duniel Tejeda. Initial Appearance - Rule 5 set for 3/9/2021 02:00 PM in Courtroom C201 before Magistrate Judge S. Kato Crews. (Text Only entry) (nmarb, ) (Entered: 03/09/2021) |
| 03/09/2021 | 3 | | AMENDED Arrest of Duniel Tejeda. Initial Appearance - Rule 5 set for 3/9/2021 02:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. (Text Only entry)(nmarb, ) (Entered: 03/09/2021) |
| 03/09/2021 | 4 | | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Initial Appearance and Detention Hearing as to Duniel Tejeda held on 3/9/2021. Defendant present in custody by video. Defendant advised. Court appoints counsel. Waiver of Preliminary Hearing executed. Discovery memorandum executed. Defendant advised of conditions of bond and remanded for processing and release. Order to appear will be entered by separate order. (Total time: 10 minutes, Hearing time: 2:17 p.m.-2:27 p.m.) <br><br> **APPEARANCES**: Brad Giles on behalf of the Government, Laura Suelau on behalf of the defendant, Tommie Anderson on behalf of pretrial. FTR: A501. (cthom, ) Text Only Entry (Entered: 03/09/2021) |
| 03/09/2021 | 5 | | ORDER APPOINTING COUNSEL as to Duniel Tejeda by Magistrate Judge Michael E. Hegarty on 3/9/2021. Text Only Entry. (cthom, ) (Entered: 03/09/2021) |
| 03/09/2021 | 6 | ☐ | WAIVER of Rule 5 & 5.1 Hearings by Duniel Tejeda (cthom, ) (Entered: 03/09/2021) |
| 03/09/2021 | 7 | ☐ | Unsecured Bond Entered as to Duniel Tejeda in amount of $ $10,000.00 (cthom, ) (Entered: 03/09/2021) |
| 03/09/2021 | 8 | ☐ | ORDER Setting Conditions of Release by Magistrate Judge Michael E. Hegarty on 3/9/2021. (cthom, ) (Entered: 03/09/2021) |

| | | | |
|---|---|---|---|
| 03/09/2021 | 9 | ☐ | ORDER Requiring Defendant to Appear in the District Where Charges are Pending as to Duniel Tejeda. ORDERED by Magistrate Judge Michael E. Hegarty on 3/9/2021. (cthom, ) (Entered: 03/09/2021) |
| 03/09/2021 | 10 | | Notice to Southern District of Flordia of Rule 5 or 32 or 40 Initial Appearance: Please use PACER court links to access the public docket and documents. If the District of Colorado has a surrendered passport, it is being mailed to your court via USPS certified mail with return receipt. For a bond transmittal, please contact our case administration specialist at [cod.docketing.uscourts.gov] If you wish to designate a different email address for future transfers, please send your request to InterdistrictTransfer_TXND@txnd.uscourts.gov. as to Duniel Tejeda Your case number is:21-20106-CR-SCOLA/GOODMAN. (Text Only Entry) (cthom, ) (Entered: 03/09/2021) |
| 03/09/2021 | 12 | ☐ | NOTICE OF ATTORNEY APPEARANCE: Laura Hayes Suelau appearing for Duniel Tejeda (Suelau, Laura) (Entered: 03/09/2021) |

[View Selected]

or

[Download Selected]

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 03/10/2021 11:14:04 | |
| **PACER Login:** | janierarellano:6294994:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-mj-00037-SKC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**