UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-20106-SCOLA

UNITED STATES OF AMERICA

vs.

MARTIN VALDES et al.

         **Defendants.**
_____/

## NOTICE OF RELATED ACTIONS

The United States of America respectfully files this Notice of Related Actions, pursuant to Local Rule 3.8, and as described in Section 2.15.00 of the Court's Internal Operating Procedures, to apprise the Court that two related actions were filed on March 16, 2021, in *United States v. Analay Rico et al.*, No. 21-cr-20158-COOKE and *United States v. Eduardo Navarro et al.*, No. 21-cr-20159-MARTINEZ. The matters involve participation in the same conspiracy at Tellus Clinical Research, with the same parties, victims, and common core of facts. To avoid the duplication of judicial labor, the United States respectfully requests that the Court determine whether the higher-numbered actions, 21-cr-20158 and 21-cr-20159, should be transferred to Judge Scola as related matters to this case.

                                    Respectfully submitted,

                                    ARIANA FAJARDO ORSHAN
                                  UNITED STATES ATTORNEY

                By:   */s/ Lauren M. Elfner*
                         Lauren M. Elfner
                         Joshua D. Rothman
                         Trial Attorneys
                         U.S. Department of Justice
                         Consumer Protection Branch
                         Court ID Numbers A5502478, A5502447

                                        450 Fifth Street, NW, Suite 6400S
                                        Washington, D.C.  20001
                                        Tel. 202 305-7171; Fax: 202 514-8742
                                        E-mail: Lauren.Elfner@usdoj.gov
                                                          Joshua.D.Rothman@usdoj.gov