UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-cr-20106-SCOLA

UNITED STATES OF AMERICA

vs.

MARTIN VALDES,
FIDALGIS FONT,
JULIO LOPEZ, and
DUNIEL TEJEDA

    **Defendants.**

_____/

**SPEEDY TRIAL REPORT**

COMES NOW the United States of America, by and through undersigned counsel, and files this Speedy Trial Report pursuant to Local Rule 88.5B and the Court's Scheduling Order.

Gross Time:  The indictment charging the defendants was unsealed in this District on March 8, 2021.  Defendant Martin Valdes was arraigned on March 10, 2021; defendant Duniel Tejeda was arraigned on March 16, 2021; defendant Julio Lopez was arraigned on March 19, 2021; and defendant Fidalgis Font was arraigned on March 31, 2021.  Thirteen (13) days have elapsed through today's date, April 13, 2021.

Excludable Time:  Thirteen (13) days are excludable.

A time exclusion that applies to one defendant in a multi-defendant case applies to all defendants.  *See United States v. Stafford*, 697 F.2d 1368, 1372 (11th Cir. 1983); *United States v. Darby*, 744 F.2d 1508, 1517 (11th Cir. 1984); 18 U.S.C. § 3161(h)(6).  Further, in a multi-defendant case, the Speedy Trial clock begins to run after the last defendant is arraigned.  *United States v. Mathis*, 96 F.3d 1577, 1579, n.1 (11th Cir. 1996).  In the present case, defendant Font was arraigned on March 31, 2021, and the Speedy Trial clock did not begin to run before April 1, 2021.  *See United States v. Harris*, 376 F.3d 1282, 1289 (11th Cir. 2004) (day of arraignment is excluded).

Finally, pursuant to paragraph 10 of Chief Judge Moore's Ninth Order Concerning Jury Trials and Other Proceedings (Apr. 6, 2021), the time period between March 30, 2020 and July 6, 2021 "shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the Court finds that the ends of justice served by taking that action outweigh the interest of the parties and the public in a speedy trial."

<u>Net Time Remaining</u>:  Seventy (70) days remain on the Speedy Trial clock.

<u>Final Date for Trial to Begin</u>:  To be determined.  Pursuant to the Court's March 23, 2021 Scheduling Order, trial is presently set to begin on June 7, 2021.

Dated: April 13, 2021                                                  Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

<u>/s/ Joshua D. Rothman</u>
Lauren M. Elfner
Joshua D. Rothman
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
Court ID Numbers A5502478, A5502447
450 Fifth Street, NW, Suite 6400S
Washington, D.C.  20001
Tel. 202 616-0219; Fax: 202 514-8742
E-mail:Lauren.Elfner@usdoj.gov;
Joshua.D.Rothman@usdoj.gov

## **CERTIFICATE OF CONFERENCE (LOCAL RULE 88.9A)**

Under Locate Rule 88.9A, I hereby certify that I conferred with counsel for the defendants Martin Valdes, Fidalgis Font, Julio Lopez, and Duniel Tejeda, each of whom stated that they had no objections to filing of this Speedy Trial Report.

/s/ Joshua D. Rothman
Joshua D. Rothman