UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cr-20106-SCOLA

UNITED STATES OF AMERICA

vs.

MARTIN VALDES et al.

          **Defendants.**
_____/

## UNITED STATES' SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order as it relates to defendants Martin Valdes, Fidalgis Font, Julio Lopez, and Duniel Tejeda. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.    5.    A supplemental production containing non-privileged material from the Food and Drug Administration and certain other materials was produced on April 23, 2021.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, *Brady*, *Giglio*, *Napue*, and the obligation to assure a fair trial.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

*/s/ Lauren M. Elfner*
Lauren M. Elfner
Joshua D. Rothman
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
Court ID Numbers A5502478, A5502447
450 Fifth Street, NW, Suite 6400S
Washington, D.C.  20001
Tel. 202 305-7171; Fax: 202 514-8742

                E-mail: Lauren.Elfner@usdoj.gov
                  Joshua.D.Rothman@usdoj.gov