UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-cr-20106-SCOLA

UNITED STATES OF AMERICA

vs.

MARTIN VALDES,
FIDALGIS FONT,
JULIO LOPEZ, and
DUNIEL TEJEDA

      Defendants.

                                        /

## UNITED STATES' UNOPPOSED MOTION TO EXCUSE THE PARTIES FROM FILING SPEEDY TRIAL ACT REPORTS

COMES NOW the United States of America, by and through undersigned counsel, and files this Motion to Excuse the Parties from Filing Speedy Trial Act Reports.

The government has been filing Speedy Trial reports every 20 days, as required by Local Rule 88.5 and the Court's Scheduling Order.  On May 21, 2021, the defendants filed a Motion to Continue Trial. (DE 35).  The Court granted the motion, and rescheduled trial in this matter for January 18, 2022. (DE 37). The Court found that the interests of justice would be served by continuing the trial, and ruled that the period of delay from May 21, 2021, to January 18, 2022, was excludable under 18 U.S.C. § 3161(h)(7).  *Id.*

Consequently, the government requests that the Court excuse the parties from filing Speedy Trial Act reports until at least January 18, 2022.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

/s/ Joshua D. Rothman
Lauren M. Elfner
Joshua D. Rothman
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
Court ID Numbers A5502478, A5502447
450 Fifth Street, NW, Suite 6400S
Washington, D.C.  20001
Tel. 202 616-0219; Fax: 202 514-8742
E-mail:Lauren.Elfner@usdoj.gov;
Joshua.D.Rothman@usdoj.gov

## **CERTIFICATE OF CONFERENCE (LOCAL RULE 88.9**

Under Local Rule 88.9, I hereby certify that I conferred with counsel for the defendants

Martin Valdes, Fidalgis Font, Julio Lopez, and Duniel Tejeda, each of whom stated that they had

no objections to filing of this Motion.

/s/ Joshua D. Rothman
Joshua D. Rothman